Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−22503−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Devin M Conway
   34 Herman St
   South River, NJ 08882

Social Security No.:
   xxx−xx−1011

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on July 3, 2019 and a confirmation hearing on such Plan has been scheduled for November 6, 2019.

The debtor filed a Modified Plan on November 18, 2019 and a confirmation hearing on the Modified Plan is scheduled for January 15, 2020 @ 10:00. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: November 19, 2019
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Devin M Conway  
      Debtor

Case No. 19-22503-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin     Page 1 of 2     Date Rcvd: Nov 19, 2019  
                       Form ID: 186     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2019.

```
db              +Devin M Conway,    34 Herman St,     South River, NJ 08882-1317
518402763       +1st Financial Bank USA,    Jefferson Capital Systems, LLC Assignee,    PO Box 7999,
                  St. Cloud, MN 56302-7999
518318250       +Central Loan,    425 Phillips Blvd,    Ewing, NJ 08618-1430
518318255       +Jpmcb Card,    Po Box 15369,    Wilmington, DE 19850-5369
518318256       +KML Law Group P.C.,    216 Haddon Ave. Suite 406,    Collingswood, NJ 08108-2812
518443320       +Manufacturers and Traders Trust Company, et al,    c/o Cenlar FSB,    425 Phillips Boulevard,
                  Ewing, NJ 08618-1430
518318258       +Middlesex County Chancery Division,    P.O. Box 971,    Trenton, NJ 08625-0971
518318259       +New Jersey Division of Taxation,    P.O. Box 046,    Trenton, NJ 08646-0046
518342835       +U.S Department of HUD,    451 7th Street S. W.,    Washington, DC 20410-0001
518419920        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
518318261       +Wf/home Pr,    Po Box 14517,    Des Moines, IA 50306-3517
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 20 2019 00:14:00      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 20 2019 00:13:58      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518318249       +E-mail/Text: bankruptcynotice@1fbusa.com Nov 20 2019 00:13:53      1 Fbsd,    363 W Anchor Dr,
                  North Sioux City, SD 57049-5154
518318251       +E-mail/Text: HWIBankruptcy@hunterwarfield.com Nov 20 2019 00:14:02      Hwarfield,
                  4620 Woodland Corporate Blvd,    Tampa, FL 33614-2415
518318253        E-mail/Text: cio.bncmail@irs.gov Nov 20 2019 00:13:29      Internal Revenue Service,
                  44 South Clinton Ave.,    Trenton, NJ 08601
518419414        E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 20 2019 00:14:14      Jefferson Capital Systems LLC,
                  Po Box 7999,    Saint Cloud Mn 56302-9617
518318257        E-mail/Text: camanagement@mtb.com Nov 20 2019 00:13:39      M&T Bank,    PO Box 62182,
                  Baltimore, MD 21264
518378950        E-mail/Text: bnc-quantum@quantum3group.com Nov 20 2019 00:13:51
                  Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                               TOTAL: 8
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
518318254*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    P.O. Box 9052,    Andover, MA 01810)
518318252*      +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
518318260      ##+Penn Credit,    916 S 14th St,    Harrisburg, PA 17104-3425
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 19, 2019
                              Form ID: 186             Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2019 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    Manufacturers and Traders Trust Company, a/k/a M&T
           Bank, successor by merger with Hudson City Savings Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    Manufacturers and Traders Trust Company, a/k/a M&T
           Bank, successor by merger with Hudson City Savings Bank rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Yakov   Rudikh    on behalf of Debtor Devin M Conway rudikhlawgroup@gmail.com,
           rudikhlawgroup@gmail.com;mrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com
                                                                                         TOTAL: 5