UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Manufacturers & Traders Trust Company

In Re:

Devin Conway,

Debtor.

Case No.:     19-25503-CMG

Chapter:     13

Hearing Date:     04/20/2022

Judge:     Gravelle

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒  Settled        ☐  Withdrawn

Matter: Motion for Relief from Stay re: 34 Hermann Street (Docket # 31)

_____

Date: 4/15/2022

/s/ Denise Carlon
Signature

*rev.8/1/15*