Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−22503−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Devin M Conway
   34 Herman St
   South River, NJ 08882

Social Security No.:
   xxx−xx−1011

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/29/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 29, 2022
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                           Case No. 19-22503-CMG
Devin M Conway                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2
Date Rcvd: Jun 29, 2022    Form ID: 148        Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Devin M Conway, 34 Herman St, South River, NJ 08882-1317 |
| 518318258 | + | Middlesex County Chancery Division, P.O. Box 971, Trenton, NJ 08625-0971 |
| 518318259 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 518318261 | + | Wf/home Pr, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 29 2022 20:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 29 2022 20:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518318249 | + | Email/Text: bankruptcynotice@1fbusa.com | Jun 29 2022 20:41:00 | 1 Fbsd, 363 W Anchor Dr, North Sioux City, SD 57049-5154 |
| 518402763 | + | EDI: JEFFERSONCAP.COM | Jun 30 2022 00:38:00 | 1st Financial Bank USA, Jefferson Capital Systems, LLC Assignee, PO Box 7999, St. Cloud, MN 56302-7999 |
| 518318250 | + | Email/Text: clientservices@credit-control.com | Jun 29 2022 20:41:00 | Central Loan, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518318251 | + | Email/Text: HWIBankruptcy@hunterwarfield.com | Jun 29 2022 20:41:00 | Hwarfield, 4620 Woodland Corporate Blvd, Tampa, FL 33614-2415 |
| 518318253 | | EDI: IRS.COM | Jun 30 2022 00:38:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 518419414 | | EDI: JEFFERSONCAP.COM | Jun 30 2022 00:38:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518318255 | | EDI: JPMORGANCHASE | Jun 30 2022 00:38:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |
| 518318257 | | Email/Text: camanagement@mtb.com | Jun 29 2022 20:41:00 | M&T Bank, PO Box 62182, Baltimore, MD 21264 |
| 518443320 | + | Email/Text: BKelectronicnotices@cenlar.com | Jun 29 2022 20:41:00 | Manufacturers and Traders Trust Company, et al, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 519528564 | + | Email/Text: camanagement@mtb.com | Jun 29 2022 20:41:00 | Manufacturers and Traders Trust Company, et al., C/O M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 519528565 | + | Email/Text: camanagement@mtb.com | | |

Case 19-22503-CMG    Doc 41    Filed 07/01/22    Entered 07/02/22 00:13:38    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 29, 2022 | Form ID: 148 | Total Noticed: 20 |

|  |  |  | Jun 29 2022 20:41:00 | Manufacturers and Traders Trust Company, et al., C/O M&T Bank, P.O. Box 1288, Buffalo, NY 14240, Manufacturers and Traders Trust Company,, C/O M&T Bank 14240-1288 |
|---|---|---|---|---|
| 518378950 |  | EDI: Q3G.COM | Jun 30 2022 00:38:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518342835 | + | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Jun 29 2022 20:44:49 | U.S Department of HUD, 451 7th Street S. W., Washington, DC 20410-0001 |
| 518419920 |  | EDI: WFCCSBK | Jun 30 2022 00:38:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518318254 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 518318252 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518318256 | ##+ | KML Law Group P.C., 216 Haddon Ave. Suite 406, Collingswood, NJ 08108-2812 |
| 518318260 | ##+ | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2022           Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Manufacturers and Traders Trust Company a/k/a M&T Bank, successor by merger with Hudson City Savings Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Manufacturers and Traders Trust Company a/k/a M&T Bank, successor by merger with Hudson City Savings Bank rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Debtor Devin M Conway rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 5